FILED: September 3, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1952
(4:15-cv-00054-AWA-RJK)

_____

GAVIN GRIMM

   Plaintiff - Appellee

v.

GLOUCESTER COUNTY SCHOOL BOARD

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:15-cv-00054-AWA-RJK |
| Date notice of appeal filed in originating court: | 08/30/2019 |
| Appellant(s) | Gloucester County School Board |
| Appellate Case Number | 19-1952 |
| Case Manager | Cathi Bennett<br>804-916-2702 |